UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

James Gracie, )
 )
    *Plaintiff*, )
 )
v. ) Case No. 3:15-CV-172-PLR-HBG
 )
John Capps, Kevin Jones, )
and William Gibbons, )
 )
    *Defendants*. )

## Memorandum Opinion

On January 21, 2016, the defendants filed a motion for summary judgment. [R. 6]. Under Local Rule 7.1, parties have 21 days to respond to dispositive motions. When the plaintiff failed to timely respond, the Court ordered the plaintiff to show cause on or before March 11, 2016, why his complaint should not be dismissed. [R. 8]. The plaintiff did not respond to the show cause order, indicating that he does not oppose dismissal. Accordingly, the plaintiff's complaint is **Dismissed** without prejudice for failure to prosecute.

The Clerk is **directed** to mail a copy of this order to the plaintiff at:

    James Gracie
    Care of Herbert S. Moncier
    550 W. Main St., Suite 775, Bank of American Center
    Knoxville, TN 37902

**IT IS SO ORDERED.**

                                                                     UNITED STATES DISTRICT JUDGE